666

Fifth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Harry M. Voorhis* for respondent.

No. 129. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* TUNNICLIFFE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Reed* for petitioner. *Mr. Harry M. Voorhis* for respondent.

No. 138. UNITED STATES *v.* McGOWAN ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor General Reed* for the United States. *Mr. George A. Montrose* for respondents.

No. 140. CREEK NATION *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Paul M. Neibell* and *W. W. Spalding* for petitioner. *Solicitor General Reed* and *Assistant Attorney General McFarland* for the United States.

No. 143. UNITED STATES *v.* STEVENS, ADMINISTRATRIX, ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Solicitor General Reed* for the United States. *Messrs. Charles B. Rugg* and *Warren F. Farr* for petitioners.